|  |  |
|---|---|
| 1 | GARY M. RESTAINO |
| 2 | United States Attorney<br>District of Arizona |
| 3 | PARKER STANLEY |
| 4 | Arizona State Bar No. 033276<br>Assistant U.S. Attorney |
| 5 | 123 N. San Francisco Street, Suite 410<br>Flagstaff, Arizona 86001 |
| 6 | Telephone: 602-514-7500<br>Email: parker.stanley@usdoj.gov |
| 7 | Attorney for Plaintiff |

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 1 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-24-8161-PCT-SPL (ESW) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 659 and 2<br>(Possession or Receipt of Goods Stolen from Interstate Shipment, Aid and Abet)<br>Count 1 |
| Hugo Francisco Medina-Saenz, | | |
| Defendant. | | |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On November 20, 2024, in the District of Arizona, and elsewhere, Defendant HUGO FRANCISCO MEDINA-SAENZ knowingly possessed goods and chattels, to wit: Nike Shoes, of a value in excess of $1000.00, which had been stolen from a BNSF train while moving in interstate commerce from California to Arizona, knowing the said goods and chattels to be stolen.

//

//

1  All in violation of Title 18, United State Code, Sections 659 and 2.

2  A TRUE BILL

3

4  s/
   FOREPERSON OF THE GRAND JURY
   Date: December 10, 2024

5

6  GARY M. RESTAINO
   United States Attorney
7  District of Arizona

8

9  s/
   PARKER STANLEY
   Assistant U.S. Attorney

- 2 -